UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:17-cv-07290-ODW (PJWx)<br>Consol. 2:18-cv-00433-ODW (PJWx) | Date | September 27, 2019 |
|---|---|---|---|
| Title | *Lawrence Davis et al. v. 630 W. Broadway, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

The Court has reviewed the Response filed by Plaintiffs and Plaintiffs' counsel to the Court's Order to Show Cause. (ECF No. 61.) The Order to Show Cause is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

:          00

Initials of Preparer          SE